EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In Re: | |
|---|---|
| Extensión de término para presentar comentarios al Proyecto de Reglamento para el Manejo de Fondos Cualificados de Clientes en Cuentas de Fideicomiso para Servicios Legales | 2019 TSPR 139<br><br>203 DPR ____ |

Número del Caso:  ER-2019-01A

Fecha: 14 de agosto de 2019

Materia: Resolución del Tribunal

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*

Extensión de término para presentar comentarios al Proyecto de Reglamento para el Manejo de Fondos Cualificados de Clientes en Cuentas de Fideicomiso para Servicios Legales

ER-2019-01A

RESOLUCIÓN

En San Juan, Puerto Rico, a 14 de agosto de 2019.

Mediante la Resolución de 1 de marzo de 2019, ER-2019-01,[1] autorizamos la publicación del Proyecto de Reglamento para el Manejo de Fondos Cualificados de Clientes en Cuentas de Fideicomiso para Servicios Legales (Proyecto de Reglamento de Cuentas IOLTA), con el propósito de someterlo a un proceso de consulta pública antes de evaluarlo en sus méritos. Con el fin de asegurar una divulgación efectiva, le instruimos a la Directora del Secretariado de la Conferencia Judicial y Notarial (Secretariado) que implementara un plan de trabajo con la colaboración de la Oficina de Prensa de la Oficina de Administración de los Tribunales.

Asimismo, le concedimos al Secretariado hasta el 12 de agosto de 2019 para presentar un Proyecto de Reglamento revisado, considerando el insumo que recibiera durante la consulta. Puntualizamos, además, que sería en ese momento que este Tribunal pasaría juicio sobre el Proyecto de Reglamento del Secretariado y estaría en posición de emitir una determinación final sobre el particular.

---

[1] *In re Proyecto de Reglamento para el Manejo de Fondos Cualificados de Clientes en Cuentas de Fideicomiso para Servicios Legales*, 2019 TSPR 38, 201 DPR ____ (2019).

Por su parte, el 9 de agosto de 2019, el Secretariado presentó la *Moción informativa y de extensión del término para el cumplimiento de encomienda*, acompañada con un informe preliminar en torno al Proyecto de Reglamento de Cuentas IOLTA. En esencia, acreditó los esfuerzos que implementó para el descargue de su encomienda, incluyó las comparecencias recibidas hasta la fecha e identificó la necesidad de ejecutar diligencias adicionales dirigidas a obtener recomendaciones concretas que permitan revisar a cabalidad el contenido del Proyecto de Reglamento de Cuentas IOLTA. De igual modo, nos solicitó una prórroga para presentar el Proyecto de Reglamento de Cuentas IOLTA.

Examinada la solicitud del Secretariado en conjunto con los documentos que la acompañan y en vista de los asuntos novedosos que se proponen en el Proyecto de Reglamento de Cuentas IOLTA, concedemos una extensión del término antes dispuesto hasta el **31 de enero de 2020**. Este periodo adicional permitirá acreditar la posición institucional y recomendaciones de todas las entidades consultadas. Además, se podrán implementar metodologías de investigación que fomenten el contraste de propuestas presentadas por los distintos sectores implicados. Así, el Secretariado contará con el beneficio de estas recomendaciones e insumo, y realizará la investigación jurídica necesaria para formular un criterio final informado que sustente la revisión de su Proyecto de Reglamento de Cuentas IOLTA.

Notifíquese al Director Administrativo de los Tribunales, a la Directora del Secretariado de la Conferencia Judicial y Notarial, así como al Director de la Oficina de Prensa de la Oficina de Administración de los Tribunales.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


José Ignacio Campos Pérez
Secretario del Tribunal Supremo